```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 15-01985-RNO
Carrie A. Propes                                                    Chapter 13
           Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-5       User: CGambini            Page 1 of 1           Date Rcvd: Sep 01, 2016
                           Form ID: ordsmiss         Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2016.
```
db              Carrie A. Propes,    530 Beddoe Ct.,    Scranton, PA   18504
4643630         Commonwealth Health,    534 Wyoming Ave., Ste. 215,    Kingston, PA 18704-3788
4643631        +Geisinger Health System,    100 North Academy Ave.,    Danville, Pennsylvania 17822-0001
4643632        +Ginny's,    1112 7th Ave.,    Monroe, Wisconsin 53566-1364
4659819        +Ginny's,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
4643634        +KML Law Group, P.C. (Suite 5000, BNY Mel,    Suite 5000, BNY Mellon Independence Ctr.,
                 701 Market St.,    Philadelphia, Pennsylvania 19106-1538
4643633        +KidsPeace,    101 Pittston Ave.,    Scranton, pennsylvania 18505-1150
4654541        +Lakeview Loan Servicing, LLC,    M&T BANK,    PO BOX 1288,    Buffalo, NY 14240-1288
4643636         Medicredit,    PO Box 41187,    St. Louis, Missouri 63141-3187
4643638        +Moses Taylor Hospital,    700 Quincy Ave.,    Attn: Justin Davis, CEO,
                 Scranton, Pennsylvania 18510-1798
4643640        +Northeast Revenue Service,    Waste Disposal,    340 N. Washington Ave.,
                 Scranton, Pennsylvania 18503-1546
4643641        +Office of Economic & Community Development,    340 North Washington Ave.,
                 Scranton, PA 18503-1546
4643642        +Professional Account Svcs.,    P.O. Box 188,    Brentwood, Tennessee 37024-0188
4643643        +Regency Consumer Discount Co,    393 Meridian Ave.,    Scranton, Pennsylvania 18504-2630
4643644        +Regional Hospital of Scranton,    746 Jefferson Ave.,    Scranton, Pennsylvania 18510-1624
4643645        +Schumachergroup,    200 Corporate Blvd.,    Lafayette, Louisiana 70508-3870
4643646         Scranton Emergency Group,    200 Corporate Blvd., Ste. 201,    Lafayette, 70508-3870
4643647         Scranton Emergency Group,    746 Jefferson Ave.,    Scranton, Pennsylvania 18510-1624
4643649        +Vendors Credit Association,    P.O. Box 1366,    Southampton, Pennsylvania 18966-0822
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4643635         E-mail/Text: camanagement@mtb.com Sep 01 2016 19:18:46      M & T Bank,    1100 Wehrle Drive,
                 Williamsville, New York 14221
4643637        +E-mail/Text: mmrgbk@miramedrg.com Sep 01 2016 19:18:59      Miramed Revenue Group,
                 991 Oak Creek Dr.,    Lombard, Illinois 60148-6408
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4643639       ##+Moses Taylor Hospital,    Box 1270,    Scranton, Pennsylvania 18501-1270
4643648       ##+Scranton Neighborhood Housing Services,    709 East Market St.,
                 Scranton, Pennsylvania 18509-1228
                                                                                  TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2016 at the address(es) listed below:
```
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tullio  DeLuca    on behalf of Debtor Carrie A. Propes tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Carrie A. Propes<br>aka Carrie Propes, aka Carrie Ann Propes<br>**Debtor(s)** | Chapter 13<br>Case No. 5:15−bk−01985−RNO |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: September 1, 2016

By the Court,

*Robert N. Opel II* (signature)

Honorable Robert N. Opel
United States Bankruptcy Judge
By: CGambini, Deputy Clerk